

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES K. WHITTINGTON,<br>Plaintiff | CIVIL ACTION<br>NO. CV08-1418-A |
| VERSUS | |
| SHERIFF RANDY J. MAXWELL, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motions to dismiss (Docs. 24, 27) are GRANTED and that Whittington's actions against the "Concordia Parish Sheriff's Department" and the "District Attorney's Office" are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of November, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE